Case 4:25-cv-00429-SEH-CDL    Document 2-1 Filed in USDC ND/OK on 08/14/25    Page 1 of 28

# OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| R CHARLES WILKIN,<br>      Plaintiff,<br>v.<br>SIMPLY LABS, DBA SIMPLY 7<br>      Defendant, and<br>STACKD LLC,<br>      Defendant, and<br>ULTRA 7 SEVEN LLC,<br>      Defendant, and<br>7 OHEAVEN BOTANICALS LLC,<br>      Defendant, and<br>OPIA LLC,<br>      Defendant, and<br>CLOUD CHASERZ INC,<br>      Defendant, and<br>VAPOR MAVEN OK LLC,<br>      Defendant, and<br>CURIOZITY LLC,<br>    Defendant and<br>JOHN DOE 1<br>      Defendant and<br>JOHN DOES 2 - 10<br>      Defendant. | **No. CJ-2025-3169**<br>**(Civil relief more than $10,000: PRODUCT LIABILITY DEFECTIVE DESIGN AND FAILURE TO WARN)**<br><br>Filed: 07/18/2025<br><br><br>Judge: Civil Docket G |

## PARTIES

7 OHEAVEN BOTANICALS LLC, Defendant
CLOUD CHASERZ INC, Defendant
CURIOZITY LLC, Defendant
OPIA LLC, Defendant
SIMPLY LABS, Defendant
STACKD LLC, Defendant
ULTRA 7 SEVEN LLC, Defendant
VAPOR MAVEN OK LLC, Defendant
WILKIN,  R  CHARLES, Plaintiff

**EXHIBIT 1**

## ATTORNEYS

**Attorney**

DAVIS, HEATH (Bar #20668)
WILKIN LAW FIRM, PLLC
2118 S ATLANTA PL
TULSA, OK 74114

**Represented Parties**

WILKIN, R CHARLES

---

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

---

**Issue # 1.**     Issue: PRODUCT LIABILITY DEFECTIVE DESIGN AND FAILURE TO WARN (OTHER)
Filed By: WILKIN, R CHARLES
Filed Date: 07/18/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SIMPLY LABS | |
| **Defendant:** STACKD LLC | |
| **Defendant:** ULTRA 7 SEVEN LLC | |
| **Defendant:** 7 OHEAVEN BOTANICALS LLC | |
| **Defendant:** OPIA LLC | |
| **Defendant:** CLOUD CHASERZ INC | |
| **Defendant:** VAPOR MAVEN OK LLC | |
| **Defendant:** CURIOZITY LLC | |

**Issue # 2.**     Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: WILKIN, R CHARLES
Filed Date: 07/18/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SIMPLY LABS | |
| **Defendant:** STACKD LLC | |
| **Defendant:** ULTRA 7 SEVEN LLC | |
| **Defendant:** 7 OHEAVEN BOTANICALS LLC | |
| **Defendant:** OPIA LLC | |
| **Defendant:** CLOUD CHASERZ INC | |

| Party Name | Disposition Information |
|---|---|
| **Defendant:** VAPOR MAVEN OK LLC | |
| **Defendant:** CURIOZITY LLC | |

**Issue # 3.**     Issue: VIOLATION OF THE OKLAHOMA CONSUMER PROTECTION ACT (OTHER)
Filed By: WILKIN, R CHARLES
Filed Date: 07/18/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SIMPLY LABS | |
| **Defendant:** STACKD LLC | |
| **Defendant:** ULTRA 7 SEVEN LLC | |
| **Defendant:** 7 OHEAVEN BOTANICALS LLC | |
| **Defendant:** OPIA LLC | |
| **Defendant:** CLOUD CHASERZ INC | |
| **Defendant:** VAPOR MAVEN OK LLC | |
| **Defendant:** CURIOZITY LLC | |

**Issue # 4.**     Issue: CIVIL CONSPIRACY AS TO MANUFACTURER DEFENDANTS (OTHER)
Filed By: WILKIN, R CHARLES
Filed Date: 07/18/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SIMPLY LABS | |
| **Defendant:** STACKD LLC | |
| **Defendant:** ULTRA 7 SEVEN LLC | |
| **Defendant:** 7 OHEAVEN BOTANICALS LLC | |
| **Defendant:** OPIA LLC | |

**Issue # 5.**     Issue: FRAUDULENT MISREPRESENTATION (FRAUD)
Filed By: WILKIN, R CHARLES
Filed Date: 07/18/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SIMPLY LABS | |
| **Defendant:** STACKD LLC | |
| **Defendant:** ULTRA 7 SEVEN LLC | |
| **Defendant:** 7 OHEAVEN BOTANICALS LLC | |
| **Defendant:** OPIA LLC | |

| **Party Name** | **Disposition Information** |
|---|---|

**Defendant:**
CLOUD CHASERZ INC

**Defendant:**
VAPOR MAVEN OK LLC

**Defendant:** CURIOZITY LLC

**Issue # 6.**     Issue: UNJUST ENRICHMENT (OTHER)
Filed By: WILKIN, R CHARLES
Filed Date: 07/18/2025

| **Party Name** | **Disposition Information** |
|---|---|

**Defendant:**
CLOUD CHASERZ INC

**Defendant:**
VAPOR MAVEN OK LLC

**Defendant:** CURIOZITY LLC

**Defendant:** OPIA LLC

**Defendant:** SIMPLY LABS

**Defendant:** STACKD LLC

**Defendant:**
ULTRA 7 SEVEN LLC

**Defendant:**
7 OHEAVEN BOTANICALS LLC

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| **07-18-2025** | **[ TEXT ]** | | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | |
| **07-18-2025** | **[ OTHER ]** | | | |
| | | PRODUCT LIABILITY DEFECTIVE DESIGN AND FAILURE TO WARN | | |
| **07-18-2025** | **[ DMFE ]** | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | |
| **07-18-2025** | **[ PFE1 ]** | | | $ 163.00 |
| | | PETITION | | |
| | | Document Available (#1062638137) 🗎TIFF  📄PDF | | |
| **07-18-2025** | **[ PFE7 ]** | | | $ 6.00 |
| | | LAW LIBRARY FEE | | |
| **07-18-2025** | **[ OCISR ]** | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| **07-18-2025** | **[ OCJC ]** | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |

**07-18-2025**   **[ OCASA ]**         $ 5.00

OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES

---

**07-18-2025**   **[ SSFCHSCPC ]**         $ 10.00

SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**07-18-2025**   **[ CCADMINCSF ]**         $ 1.00

COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**07-18-2025**   **[ CCADMIN0155 ]**         $ 0.16

COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION

---

**07-18-2025**   **[ SJFIS ]**         $ 0.45

STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES

---

**07-18-2025**   **[ DCADMIN155 ]**         $ 0.23

DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS

---

**07-18-2025**   **[ DCADMIN05 ]**         $ 0.75

DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

---

**07-18-2025**   **[ DCADMINCSF ]**         $ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**07-18-2025**   **[ CCRMPF ]**         $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

---

**07-18-2025**   **[ CCADMIN04 ]**         $ 0.50

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

---

**07-18-2025**   **[ LTF ]**         $ 10.00

LENGTHY TRIAL FUND

---

**07-18-2025**   **[ SMF ]**         $ 80.00

SUMMONS FEE (CLERKS FEE)-8

---

**07-18-2025**   **[ SMIMA ]**

SUMMONS ISSUED - MAILED BY ATTORNEY

---

**07-18-2025**   **[ SMIP ]**

SUMMONS ISSUED - PRIVATE PROCESS SERVER

---

**07-18-2025**   **[ SMF ]**         $ 10.00

SUMMONS FEE (CLERKS FEE)

---

**07-18-2025**   **[ EAA ]**         WILKIN, R CHARLES 👤

ENTRY OF APPEARANCE / R. CHARLES WILKIN HEATH DAVIS ENTER ON BEHALF OF THE PLAINTIFF
Document Available (#1062638261) 📄TIFF   📄PDF

---

**07-18-2025**   **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET G TO THIS CASE.

**07-18-2025  [ ACCOUNT ]**

RECEIPT # 2025-4799316 ON 07/18/2025.

PAYOR: WILKIN LAW FIM LLC TOTAL AMOUNT PAID: $ 322.14.

LINE ITEMS:

CJ-2025-3169: $243.00 ON AC01 CLERK FEES.

CJ-2025-3169: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.

CJ-2025-3169: $1.66 ON AC31 COURT CLERK REVOLVING FUND.

CJ-2025-3169: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.

CJ-2025-3169: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.

CJ-2025-3169: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.

CJ-2025-3169: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.

CJ-2025-3169: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.

CJ-2025-3169: $25.00 ON AC79 OCIS REVOLVING FUND.

CJ-2025-3169: $10.00 ON AC81 LENGTHY TRIAL FUND.

CJ-2025-3169: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.

CJ-2025-3169: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

Case 4:25-cv-00429-SEH-CDL    Document 2-1 Filed in USDC ND/OK on 08/14/25    Page 7 of 28

**07-18-2025** **[ ACCOUNT ]**

RECEIPT # 2025-4799318 ON 07/18/2025.
PAYOR: WILKIN LAW FIM LLC TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2025-3169: $10.00 ON AC01 CLERK FEES.

---

**07-28-2025** **[ S ]**                                         CLOUD CHASERZ INC 👤

PARTY HAS BEEN SUCCESSFULLY SERVED. CLOUD CHASERZ, INC / ON 7-24-25
Document Available (#1062626544) 🗋TIFF    🅰PDF

---

**07-28-2025** **[ S ]**                                         VAPOR MAVEN OK LLC 👤

PARTY HAS BEEN SUCCESSFULLY SERVED. VAPOR MAVEN OK, LLC / ON 7-24-25
Document Available (#1062626552) 🗋TIFF    🅰PDF

---

**07-28-2025** **[ S ]**                                         CURIOZITY LLC 👤

PARTY HAS BEEN SUCCESSFULLY SERVED. CURIOZITY, LLC / ON 7-24-25
Document Available (#1062626548) 🗋TIFF    🅰PDF

---

**08-11-2025** **[ SPAPP ]**

SPECIAL APPEARANCE AND REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO FURTHER ANSWER OR PLEAD
Document Available (#1062856928) 🗋TIFF    🅰PDF



*1062638137*

**DISTRICT COURT**
**F I L E D**

**JUL 18 2025**

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

R. CHARLES WILKIN,                )
**Plaintiff,**                          )
                                  )
v.                                )    **CJ-2025-03169**
                                  )    Case No.
SIMPLY LABS d/b/a SIMPLY 7, STACK'D,    )
LLC, ULTRA 7 SEVEN, LLC, 7 O'HEAVEN )
BOTANICALS, LLC, OPIA, LLC, CLOUD  )
CHASERZ, INC., VAPOR MAVEN OK, LLC, )
CURIOZITY LLC, JOHN DOE NO. 1, and  )    **Caroline Wall**
JOHN DOES 2–10,                    )
**Defendants.**                         )

### VERIFIED PETITION FOR DAMAGES

Plaintiff, R. Charles Wilkin, by and through undersigned counsel, and for his causes of action
against the above-named Defendants alleges and states as follows:

### PARTIES

1. Plaintiff R. Charles Wilkin is a resident of Tulsa County, Oklahoma.

2. Defendants SIMPLY LABS (d/b/a SIMPLY 7); STACK'D, LLC; ULTRA 7 SEVEN,
   LLC; 7 O'HEAVEN BOTANICALS, LLC; and OPIA, LLC are entities believed to be
   involved in the manufacture, labeling, and distribution of kratom-derived products
   containing synthetic or ultra-potent concentrations of 7-hydroxymitragynine ("**7-OH**") or
   related analogs, marketed under their respective brand names.

3. Defendants CLOUD CHASERZ, INC., VAPOR MAVEN OK, LLC, and CURIOZITY
   LLC are retail stores operating in Oklahoma, including within Tulsa County, who
   marketed, distributed, and sold the aforementioned products to the public.

4. Defendant CURIOZITY LLC is an inactive Oklahoma limited liability company which
   continues to operate under the name "Oz" or "Curiozity" at 2629 E. 15th Street, Tulsa,
   Oklahoma.

5. JOHN DOE NO. 1 is the unknown individual or entity presently operating Curiozity/Oz
   at that location.

6. John Does 2–10 are unknown parties who may include additional manufacturers,
   distributors, private labelers, or wholesalers of the relevant products.

7. The Doe Defendants are fictitious names for individuals or entities whose identities are
   currently unknown but who participated in the marketing, manufacturing, sale, or

distribution of the products at issue. Plaintiff will amend to substitute their true names when discovered.

8.  Plaintiff anticipates amending this Petition to include additional manufacturers, distributors, private labelers, or marketers of kratom-based products that contain similar concentrations of 7-hydroxymitragynine, as discovery and public records reveal further responsible parties.

## JURISDICTION

9.  Jurisdiction and venue are proper in Tulsa County, Oklahoma pursuant to 12 O.S. § 134, as the acts and omissions giving rise to this cause of action occurred in this County.

## VENUE

10. Plaintiff's claims arose from conduct occurring in Tulsa County, including purchases, injuries, and marketing exposures.

11. Venue is proper in Tulsa County under Oklahoma law and principles of due process, as the underlying transactions and injuries occurred here..

## FACTUAL ALLEGATIONS

12. Beginning in or around the fall of 2024, Plaintiff began purchasing and using over-the-counter products marketed as kratom extracts or botanical supplements under the brand names Simply 7, Stack'd, Ultra 7 Seven, 7 O'Heaven, Opia, and one additional unknown product.

13. These products were purchased at various retail locations in Oklahoma, including Curiozity (also known as Oz), Vapor Maven, and Cloud Chaserz, all of which publicly advertised and sold such products to consumers without adequate warnings or restrictions.

14. The Simply 7 product, in particular, was heavily used by Plaintiff and advertised itself as containing 30mg of pure 7-hydroxymitragynine per tablet, explicitly labeled as "extra strength," and admitting on the label that it could be addictive. Additional marketing language included claims of "natural wellness," "euphoria," and "unparalleled relief," directly contradicting the risk profile.

15. These warnings, to the extent they existed at all, were presented in extremely small fonts, sub-legible without magnification, and consistently outweighed by bold, positive marketing messaging.

16. The products purchased and consumed by Plaintiff were later discovered to contain pharmaceutical-strength concentrations of 7-OH or synthetic analogs such as mitragynine pseudo indoxyl—substances comparable in potency and receptor activity to Schedule II opioids.

17. Upon information and belief, several Defendants acted as private labelers and distributors, repackaging 7-OH extracts from common upstream sources while marketing them under distinct brand names. Publicly available marketing language across their websites reveals highly similar themes and potentially coordinated misrepresentations, suggesting that these entities collaborated or knowingly adopted a uniform deceptive strategy.

18. 7-hydroxymitragynine, a known active alkaloid of the kratom plant, is widely recognized in scientific literature as a potent mu-opioid receptor agonist—estimated to be up to **10 times** more powerful than morphine by receptor binding affinity. At high concentrations, its effects are indistinguishable from those of traditional Schedule II opioids, including euphoria, sedation, respiratory depression, and physical dependency. These risks are exacerbated when synthetic analogs such as mitragynine pseudo indoxyl—whose opioid activity has been shown to exceed that of fentanyl in certain models—are present in the formulation.

19. The risks associated with 7-OH have been recognized in both medical literature and regulatory findings. The compound is a highly potent μ-opioid receptor agonist, exhibiting morphine-like effects including respiratory depression, tolerance, and dependence.

20. According to a 2021 publication in *Frontiers in Pharmacology*, 7-OH is responsible for most of kratom's addictive potential.[1] Likewise, the FDA has issued public safety communications regarding kratom's interaction with opioid receptors and potential for abuse.

21. A 2023 seizure of synthetic kratom derivatives, including 7-hydroxymitragynine, in the Northern District of Oklahoma by the DEA underscores the national concern over adulterated or ultra-potent kratom products sold as legal supplements. (See *United States v. 99 Bottles Containing a Mixture or Substance*, No. 4:23-cv-00317, N.D. Okla. (2023)).

22. Scientific literature confirms that 7-OH is a highly potent μ-opioid receptor agonist, several times more powerful than morphine, with a high risk of tolerance, dependence, and withdrawal. Its effects include euphoria, sedation, analgesia, respiratory depression, and neuropsychiatric disturbances. When consumed sublingually in tablet form—as Defendants' products were marketed—the compound's bioavailability and potency are further increased.

23. At the time of purchase and use, Plaintiff was not warned of the addictive potential, withdrawal difficulty, or neuropsychiatric consequences associated with repeated use of such products.

---

[1] 1. Hemby, S.E. et al., "Abuse Liability and Therapeutic Potential of Kratom," Frontiers in Pharmacology, 2021.

24. Plaintiff developed a severe physical and psychological dependency on 7-OH, ultimately requiring medical treatment and prescription of buprenorphine to manage the withdrawal process.

25. Plaintiff continues to suffer from the physical, neurological, and psychological effects of this addiction.

26. The aforementioned products were deceptively marketed as safe, natural kratom-based herbal supplements when in fact they functioned pharmacologically as powerful synthetic opioids.

27. Upon information and belief, several Defendants have failed to register with the Oklahoma Secretary of State despite transacting business within the state, including sales of addictive or controlled substances to Oklahoma residents. Plaintiff reserves the right to move to strike any pleadings by unregistered entities under 18 O.S. § 1137.

28. Defendants failed to adequately test, label, or warn consumers regarding the pharmacological strength, synthetic composition, or addiction potential of the 7-OH contained in their products.

29. In addition to physical packaging, Defendants used internet marketing, including sponsored Google advertisements and promotional websites, to promote the same products with claims such as "Feel the Buzz," "Find balance, energy, and clarity," and "Discover a new way to thrive." Cloud Chaserz, for example, marketed kratom as a "natural, clean solution for cramp relief and chronic pain management," and stated it could provide "relaxation, stimulation, and pain relief" depending on strain and dosage. Stack'd advertised its tablets as "a potent and flavorful way to experience the benefits of 7-Hydroxymitragynine," with each dose offering "a reliable and consistent experience," "crafted with care," and designed to "elevate your day with flavor and effectiveness." Ultra 7 openly stated that 7-OH "interacts with the body's opioid receptors," and offered it as a "natural remedy" and "plant-based alternative to synthetic medications." Its site compared 7-OH to synthetic opioids, claimed mood-balancing, anxiolytic, and sedative effects, and included user testimonials confirming these drug-like effects. 7 O'Heaven promoted its Strawberry Glimpse tablets as "powerful and fast-acting," promising "relaxation, focus, and well-being" with "immediate benefits," and encouraged daily use. It claimed to deliver "mental clarity" and "a smooth and effective solution," portraying 7-OH as a consistent and mood-enhancing experience for busy consumers.

30. Upon information and belief, other consumers in Oklahoma and nationwide have become addicted to products containing 7-OH or its analogs, regardless of brand, where the substance was marketed, sold, or labeled as a kratom-derived or "botanical" product. Plaintiff intends to seek relief not only for his own injuries, but also to represent a putative class of similarly affected individuals, including those who were exposed to substantially similar products sold by other manufacturers, distributors, or retailers not yet identified.

## CAUSES OF ACTION

## COUNT I: PRODUCT LIABILITY – DEFECTIVE DESIGN AND FAILURE TO WARN

20. Plaintiff incorporates the preceding paragraphs.

21. The products sold by Defendants were defectively designed and unreasonably dangerous due to their inclusion of high levels of 7-OH and the failure to provide adequate warnings.

22. Plaintiff's injuries were the direct and proximate result of Defendants' failure to adequately warn or design safe products.

23. "Safer alternative designs existed, including the use of unadulterated kratom leaf or exclusion of synthetic analogs, and warnings could have been clearly displayed and proportionate to the danger.

## COUNT II: NEGLIGENCE

23. Defendants breached their duty to exercise reasonable care in the design, manufacture, testing, labeling, marketing, and distribution of their products.

24. As a direct and proximate result of this negligence, Plaintiff suffered damages.

## COUNT III: VIOLATION OF THE OKLAHOMA CONSUMER PROTECTION ACT

25. Defendants engaged in deceptive trade practices under 15 O.S. §§751 et seq. by marketing synthetic opioid products as natural kratom supplements, omitting material facts, and failing to disclose health risks. Defendants' internet-based representations further violated the Oklahoma Consumer Protection Act by disseminating deceptive and misleading advertisements regarding their products' nature, safety, and intended effects.

26. Plaintiff relied upon these misrepresentations and omissions to his detriment.

## COUNT IV: CIVIL CONSPIRACY (against manufacturer Defendants)

27. Defendants collectively promoted a coordinated misrepresentation campaign disguising synthetic 7-OH products as benign botanical extracts.

28. Defendants engaged in a coordinated scheme to misrepresent the safety and legality of 7-OH products, including adopting nearly identical claims of 'natural wellness,' 'relaxation,' and 'plant-based' benefits across brands, while omitting addiction and neuropsychiatric risks. These similarities are not coincidental but evidence a shared plan or adoption of a known deceptive template.

29. Whether through direct coordination or willful adoption of a deceptive commercial template, Defendants knowingly advanced a unified narrative.

30. Plaintiff was injured as a foreseeable and intended consequence of this concerted conduct.

## COUNT V: FRAUDULENT MISREPRESENTATION

30. Plaintiff incorporates the preceding paragraphs.

31. Defendants knew or should have known that their products contained opioid-strength alkaloids that posed significant risks of dependence and neuropsychiatric injury.

32. Defendants made or disseminated knowingly false and misleading statements regarding the nature, safety, and effects of their products, including:

- Describing 7-OH as "natural," "clean," or "plant-based,"

- Comparing its safety favorably to synthetic opioids,

- Claiming it supported "wellness," "relaxation," or "mood enhancement," and

- Omitting warnings regarding addiction, withdrawal, and neuropsychiatric damage.

32. These misrepresentations were material and intended to induce reliance.

33. Plaintiff reasonably relied on these representations and suffered severe injury as a direct result.

34. Plaintiff alleges that Defendants acted with reckless disregard for public safety by introducing pharmaceutical-strength opioids into the consumer marketplace disguised as herbal wellness supplements, in a manner that foreseeably caused addiction and injury. Punitive damages are warranted to deter similar future conduct and to punish this knowing endangerment of consumers.

35. Absent significant punitive relief, these practices will continue to harm vulnerable consumers under the guise of unregulated wellness products.

## COUNT VI: UNJUST ENRICHMENT

36. Defendants were unjustly enriched through the sale of deceptively marketed addictive substances. Plaintiff and putative class members conferred a benefit, retention of which is inequitable.

37. This count is pled in the alternative to legal remedies, to ensure full recovery in equity for wrongful retention of ill-gotten proceeds.

## CLASS ALLEGATIONS

34. Plaintiff brings this action not only for personal injury, but also to address systemic harm caused by the widespread sale and mislabeling of ultra-potent kratom-derived products.

35. All members of the proposed class were exposed to similar marketing representations, omissions, and formulations that failed to disclose the addictive, opioid-like nature of the products, leading to reliance, purchase, and repeated use.

36. Plaintiff brings this action individually and, if supported by further investigation and joinder, on behalf of a proposed class consisting of:

> *All persons in the United States who purchased and consumed kratom-based or kratom-labeled products containing 7-OH or a synthetic analog thereof, including, but not limited to, any product marketed as kratom-derived or botanical in nature, where the active formulation contained 7-OH in concentrations at or above 5mg per dose, or included synthetic analogs such as mitragynine pseudo indoxyl, regardless of brand or any synthetic derivative that acts as a μ-opioid receptor agonist and is substantially similar in effect, composition, or marketing to the named products, whether or not explicitly labeled as such.*

37. While Plaintiff may be atypical due to his legal background, he has standing and is committed to advancing the interests of the proposed class. Plaintiff is willing to serve as a representative plaintiff, or, if appropriate, assist in the identification and support of a more typical class representative.

38. Class treatment is appropriate under 12 O.S. § 2023(B)(3) due to the predominance of common issues such as Defendants' product labeling, formulation, warnings, and advertising representations.

39. The precise class definition may be refined following discovery and expert analysis.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendants as follows:

A. Compensatory damages in excess of $75,000;

B. Punitive damages for willful and reckless conduct;

C. Treble damages under the Oklahoma Consumer Protection Act;

D. Attorney's fees and costs as allowed by statute;

E. Pre- and post-judgment interest;

F. Such other and further relief as the Court deems just and proper;

G. Injunctive relief prohibiting the sale, marketing, or distribution of kratom products containing synthetic or ultra-potent 7-OH formulations within Oklahoma until properly tested, labeled, and regulated;

H. Class-wide relief including notice, restitution, disgorgement of profits, and/or injunctive relief under 12 O.S. § 2023.

I. An order certifying the class as defined above, appointing Plaintiff as class representative, and designating his counsel as class counsel under 12 O.S. § 2023.

Respectfully submitted,

Heath Davis
R. Charles Wilkin
2118 S. Atlanta Pl.
Tulsa, OK 74114
(918) 697-7803
charles.wilkin@wilkinlawfirm.com

heath.davis@wilkinlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## **VERIFICATION**

**STATE OF OKLAHOMA COUNTY OF TULSA**

I, R. Charles Wilkin, of lawful age, hereby state under penalty of perjury that I have read the above and foregoing Petition, and the factual allegations therein are true and correct to the best of my knowledge and belief.

R. Charles Wilkin

Subscribed and sworn to before me this 8ᵀᴴ day of July, 2025.

Notary Public My Commission Expires: 8/19/28

JESSICA COLBURN
NOTARY
# 24010425
EXP. 08/19/28
PUBLIC
STATE OF OKLAHOMA

**9 |**



DISTRICT COURT
# FILED

## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

JUL 28 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| R. CHARLES WILKIN, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| DEFENDANT #1: SIMPLY LABS, | ) **CJ-2025-03169** |
| d/b/a SIMPLY 7 | ) Case No.: |
| | ) |
| DEFENDANT #2: STACK'D LLC | ) |
| DEFENDANT #3:  ULTRA 7 SEVEN, LLC | ) Judge:    **Caroline Wall** |
| | ) |
| DEFENDANT #4: 7 O'HEAVEN | ) |
| BOTANTICALS, LLC | ) |
| DEFENDANT #5: OPIA, LLC | ) |
| DEFENDANT #6:CLOUD CHASERZ, INC. | ) |
| DEFENDANT #7: VAPOR MAVEN OK, LLC | ) |
| DEFENDANT #8: CURIOZITY, LLC | ) |
| DEFENDANT # 9: JOHN DOE NO. 1 | ) |
| DEFENDANTS #10-18 | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

## SUMMONS

To the above-named Defendant #8, **CURIOZITY, LLC**

You are hereby summoned and directed to file a written answer to the attached Petition with the Clerk of this Court at:

**Tulsa County Courthouse**
500 S. Denver Ave., Room 200
Tulsa, Oklahoma 74103

within **twenty (20) days** after service of this Summons upon you, exclusive of the day of service. If you fail to respond, **judgment by default** may be rendered against you for the relief demanded in the Petition.



Issued under my hand and seal this _18_ day of _July_ , 2025

**CLERK OF THE DISTRICT COURT**

Tulsa County, Oklahoma

By: _[signature]_

Deputy Court Clerk

(SEAL)

**ATTORNEY FOR PLAINTIFF:**

_[signature]_

Heath Davis, OBA # 20668

WILKIN LAW FIRM, PLLC

2118 South Atlanta Place

Tulsa, OK 74134

(918) 727-2275

heath.davis@wilkinlawfirm.com

_Attorney for R. Charles Wilkin_

**IMPORTANT NOTICE:**

This Summons is official court documentation. Failure to respond within the required time may result in a default judgment against you.

**AFFIDAVIT OF SERVICE**

| Case:<br>CJ-2025-03169 | County:<br>Tulsa, OK |
|---|---|
| Plaintiff / Petitioner:<br>R. CHARLES WILKIN | Defendant / Respondent:<br>SIMPLY LABS d/b/a SLMPLY 7, STACK'D, LLC, ULTRA 7 SEVEN, LLC, 7 O'HEAVEN BOTANICALS, LLC, OPIA, LLC, CLOUD CHASERZ, INC., VAPOR MAVEN oiç LLC, CURIOZITY LLC, JOHN DOE NO. 1, and JOHN DOE 2—10 |
| Received by:<br>Alessi Investigations | For:<br>Wilkin Law Firm |
| To be served upon:<br>CURIOZITY LLC | |

I, Landon Sylvester, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   CURIOZITY LLC, Company: 2629 East 15th St, Tulsa, OK 74104

**Manner of Service:**   Corporation, Jul 24, 2025

**Documents:**   Summons, VERIFIED PETITION FOR DAMAGES

**Additional Comments:**
1) Successful Service: Jul 24, 2025 at Company: 2629 East 15th St, Tulsa, OK 74104 received by CURIOZITY LLC.
USUAL PLACE OF Business:

By leaving a copy of said process for: CURIOZITY LLC
at : 2629 East 15th St Tulsa, OK 74104
with: Heather [Refused Last Name], Owner and Authorized Service Agent
Date: 7/24/25

_____   7/25/25
Landon Sylvester            Date
PSS-2024-43

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

7/25/25
Date            SEAL

NATHAN ALESSI
Notary Public - State of Oklahoma
Commission Number 13000843
My Commission Expires Jan 26, 2029



**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
F I L E D

JUL 28 2025

DON NEWBERRY Court Clerk
STATE OF OKLA TULSA COUNTY

R. CHARLES WILKIN,                          )
                                            )
        Plaintiff,                          )
                                            )
vs.                                         )
                                            )  **CJ-2025-03169**
DEFENDANT #1: SIMPLY LABS,                  )
d/b/a SIMPLY 7                              )  Case No.:
                                            )
DEFENDANT #2: STACK'D LLC                   )  Caroline Wall
DEFENDANT #3: ULTRA 7 SEVEN, LLC            )  Judge:
                                            )
DEFENDANT #4: 7 O'HEAVEN                    )
BOTANTICALS, LLC                            )
DEFENDANT #5: OPIA, LLC                     )
DEFENDANT #6:CLOUD CHASERZ, INC.            )
DEFENDANT #7: VAPOR MAVEN OK, LLC           )
DEFENDANT #8: CURIOZITY, LLC                )
DEFENDANT # 9: JOHN DOE NO. 1               )
DEFENDANTS #10-18                           )
                                            )
                                            )
        Defendants.                         )

**SUMMONS**

To the above-named Defendant #7, **VAPOR MAVEN OK, LLC**

You are hereby summoned and directed to file a written answer to the attached Petition with the Clerk of this Court at:

**Tulsa County Courthouse**
500 S. Denver Ave., Room 200
Tulsa, Oklahoma 74103

within **twenty (20) days** after service of this Summons upon you, exclusive of the day of service. If you fail to respond, **judgment by default** may be rendered against you for the relief demanded in the Petition.

Issued under my hand and seal this /8 day of July , 20 25

**CLERK OF THE DISTRICT COURT**
Tulsa County, Oklahoma

By: _____
Deputy Court Clerk

(SEAL)

**ATTORNEY FOR PLAINTIFF:**

_____
Heath Davis, OBA # 20668
WILKIN LAW FIRM, PLLC
2118 South Atlanta Place
Tulsa, OK 74134
(918) 727-2275
heath.davis@wilkinlawfirm.com
*Attorney for R. Charles Wilkin*

**IMPORTANT NOTICE:**

This Summons is official court documentation. Failure to respond within the required time may result in a default judgment against you.

**AFFIDAVIT OF SERVICE**

| Case:<br>CJ-2025-03169 | County:<br>Tulsa, OK |
|---|---|
| Plaintiff / Petitioner:<br>R. CHARLES WILKIN | Defendant / Respondent:<br>SIMPLY LABS d/b/a SLMPLY 7, STACK'D, LLC, ULTRA 7 SEVEN, LLC, 7 O'HEAVEN BOTANICALS, LLC, OPIA, LLC, CLOUD CHASERZ, INC., VAPOR MAVEN oiç LLC, CURIOZITY LLC, JOHN DOE NO. 1, and JOHN DOE 2—10 |
| Received by:<br>Alessi Investigations | For:<br>Wilkin Law Firm |
| To be served upon:<br>VAPOR MAVEN OK, LLC | |

I, Landon Sylvester, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   VAPOR MAVEN OK, LLC, Company: 1164 North 38th Street, Broken Arrow, OK 74014

**Manner of Service:**   Corporation, Jul 24, 2025

**Documents:**   Summons, VERIFIED PETITION FOR DAMAGES

**Additional Comments:**
1) Successful Service: Jul 24, 2025 at Company: 1164 North 38th Street, Broken Arrow, OK 74014 received by VAPOR MAVEN OK, LLC. USUAL PLACE OF Business:

By leaving a copy of said process for: VAPOR MAVEN OK, LLC
at : 1164 North 38th Street Broken Arrow, OK 74014
with: Samuel Rogers, Manager and Authorized Service Agent
Date: 7/24/25

_____   7/25/25
Landon Sylvester                Date
PSS-2024-43

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

7/25/25
Date                SEAL

NATHAN ALESSI
Notary Public - State of Oklahoma
Commission Number 13000843
My Commission Expires Jan 26, 2029

*1062626544*

**IN THE DISTRICT COURT OF TULSA COUNTY STATE OF OKLAHOMA**

DISTRICT COURT
**F I L E D**

JUL 28 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| R. CHARLES WILKIN, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEFENDANT #1: SIMPLY LABS, | ) **CJ-2025-03169** |
| d/b/a SIMPLY 7 | ) Case No.: |
| | ) |
| DEFENDANT #2: STACK'D LLC | ) |
| DEFENDANT #3: ULTRA 7 SEVEN, LLC | ) Judge: ~~Caroline Wall~~ |
| | ) |
| DEFENDANT #4: 7 O'HEAVEN | ) |
| BOTANTICALS, LLC | ) |
| DEFENDANT #5: OPIA, LLC | ) |
| DEFENDANT #6:CLOUD CHASERZ, INC. | ) |
| DEFENDANT #7: VAPOR MAVEN OK, LLC | ) |
| DEFENDANT #8: CURIOZITY, LLC | ) |
| DEFENDANT # 9: JOHN DOE NO. 1 | ) |
| DEFENDANTS #10-18 | ) |
| | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To the above-named Defendant #6, **CLOUD CHASERZ, INC.**

You are hereby summoned and directed to file a written answer to the attached Petition with the Clerk of this Court at:

**Tulsa County Courthouse**
500 S. Denver Ave., Room 200
Tulsa, Oklahoma 74103

within **twenty (20) days** after service of this Summons upon you, exclusive of the day of service. If you fail to respond, **judgment by default** may be rendered against you for the relief demanded in the Petition.



Issued under my hand and seal this *18* day of *July*, 20*25*

**CLERK OF THE DISTRICT COURT**

Tulsa County, Oklahoma

By: _____

Deputy Court Clerk

(SEAL)


**ATTORNEY FOR PLAINTIFF:**

Heath Davis, OBA # 20668
WILKIN LAW FIRM, PLLC
2118 South Atlanta Place
Tulsa, OK 74134
(918) 727-2275
heath.davis@wilkinlawfirm.com
*Attorney for R. Charles Wilkin*


**IMPORTANT NOTICE:**

This Summons is official court documentation. Failure to respond within the required time may result in a default judgment against you.

## AFFIDAVIT OF SERVICE

| Case:<br>CJ-2025-03169 | County:<br>Tulsa, OK |
|---|---|
| Plaintiff / Petitioner:<br>R. CHARLES WILKIN | Defendant / Respondent:<br>SIMPLY LABS d/b/a SLMPLY 7, STACK'D, LLC, ULTRA 7 SEVEN, LLC, 7 O'HEAVEN BOTANICALS, LLC, OPIA, LLC, CLOUD CHASERZ, INC., VAPOR MAVEN oiç LLC, CURIOZITY LLC, JOHN DOE NO. 1, and JOHN DOE 2—10 |
| Received by:<br>Alessi Investigations | For:<br>Wilkin Law Firm |
| To be served upon:<br>CLOUD CHASERZ, INC. | |

I, Landon Sylvester, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   CLOUD CHASERZ, INC., Company: 2606 South Sheridan Road Ste H, Tulsa, OK 74129

**Manner of Service:**   Authorized, Jul 24, 2025

**Documents:**   Summons, VERIFIED PETITION FOR DAMAGES

**Additional Comments:**
1) Successful Service: Jul 24, 2025 at Company: 2606 South Sheridan Road Ste H, Tulsa, OK 74129 received by CLOUD CHASERZ, INC..
USUAL PLACE OF Business:

By leaving a copy of said process for: CLOUD CHASERZ, INC.
at : 2606 South Sheridan Road Ste H Tulsa, OK 74129
with: Manager on Duty [Refused to Give Name], Authorized Service Agent
Date: 7/24/25
Age: 30-35; Ethnicity: Middle Eastern; Gender: Male; Height: 5'9"; Hair: Black;

_____   7/25/25
Landon Sylvester              Date
PSS-2024-43

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

7/25/25
Date              SEAL

NATHAN ALESSI
Notary Public - State of Oklahoma
Commission Number 13000843
My Commission Expires Jan 26, 2029

DISTRICT COURT
**FILED**

**JUL 18 2025**

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

# IN THE COUNTY COURT OF TULSA COUNTY,
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| **R. CHARLES WILKIN,** | ) | Case No.: |
| Plaintiff, | ) | ~~Caroline Wall~~ |
| | ) | Judge: |
| vs. | ) | **CJ-2025-03169** |
| | ) | |
| **SIMPLY LABS, d/b/a SIMPLY 7, STACK'D,** | ) | |
| **LLC, ULTRA 7 SEVEN, LLC, 7 O'HEAVEN** | ) | |
| **BOTANTICALS, LLC, OPIA, LLC, CLOUD** | ) | |
| **CHASERZ, INC., VAPOR MAVEN OK, LLC,** | ) | |
| **CURIOZITY, LLC, JOHN DOE NO. 1, AND** | ) | |
| **JOHN DOES 2-10,** | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

R. Charles Wilkin, and Heath T. Davis of Wilkin Law Firm, PLLC enter their appearance

in this cause as counsel for Plaintiff R. Charles Wilkin as it relates to the above stated case only.

All future correspondence, notices, and pleadings in this case should be directed to the

undersigned at the address set forth below.

Respectfully submitted,

Heath Davis, OBA # 20668
WILKIN LAW FIRM, PLLC
2118 South Atlanta Place
Tulsa, OK 74134
(918) 727-2275
heath.davis@wilkinlawfirm.com
*Attorney for R. Charles Wilkin III*

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

R. CHARLES WILKIN,                              )
                                                )
                Plaintiff,                      )
                                                )
vs.                                             )    Case No. CJ-2025-3169 - Wall
                                                )
SIMPLY LABS d/b/a SIMPLY 7;                      )
STACK'D, LLC; ULTRA 7 SEVEN,                     )
LLC; 7 O'HEAVEN BOTANICALS,                      )
LLC; OPIA, LLC; CLOUD CHASERZ,                   )
INC.; VAPOR MAVEN OK, LLC;                       )
CURIOZITY, LLC; JOHN DOE NO. 1;                  )
and JOHN DOES 2-10,                             )
                                                )
                Defendants.                     )

**FILED**
DISTRICT COURT
TULSA COUNTY, OKLAHOMA
August 11, 2025 4:38 PM
DON NEWBERRY, COURT CLERK
Case Number CJ-2025-3169

### SPECIAL APPEARANCE AND REQUEST FOR
### ENLARGEMENT OF TIME IN WHICH TO FURTHER ANSWER OR PLEAD

**COMES NOW** the Defendant, CuriOzity, LLC, by and through its attorney of record, Jon D.

Starr, of the law firm Starr, Begin & King, PLLC, Tulsa, Oklahoma, and pursuant to the provisions of

Title 12 O.S. § 2012(A) (Supp. 1990), and <u>Young v. Walton</u>, 807 P.2d 248 (Okla. 1991), specially

enters its appearance herein, and requests twenty (20) additional days, up to and including the 2nd day

of September, 2025, in which to answer or otherwise plead.

Respectfully submitted,

**STARR, BEGIN & KING, PLLC**

Jon D. Starr, OBA #14138
1800 South Baltimore, Suite 550
Tulsa, Oklahoma 74119
Telephone: (918) 872-0371 - Direct
Facsimile: (918) 872-0381
jon.starr@tulsalawyer.org
*Attorney for Defendant, CuriOzity, LLC*

## CERTIFICATE OF MAILING

This is to certify that on this, the 11th day of August, 2025, a true, correct, and exact copy of the above and foregoing instrument was mailed with proper postage thereon fully prepaid to:

Heath Davis
R. Charles Wilkin
Wilkin Law Firm
2118 South Atlanta Place
Tulsa, Oklahoma 74114
**Attorneys for Plaintiff**

_____
Jon D. Starr

148\69\eoa-ly