**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of Oklahoma**
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Heidi D. Campbell
Clerk of Court

Telephone (918) 699-4700
Fax (918) 699-4756

8/15/2025

Steven Scott Tidwell
Rmp LLP
809 SW A Street Suite 105
Bentonville, AR 72712

IN RE: Case No.: 25-cv-00429-CDL R Charles Wilkin v. Simply Labs et al

Dear Counselor:

Since you are an attorney of record in the above-styled case, your attention is brought to our Local Rule LGnR4-3 in regard to resident counsel requirements. A copy of this district's Local Court Rules can be obtained from our public web site at www.oknd.uscourts.gov.

If you have any questions, please feel free to contact this office.

Very truly yours,

Heidi D. Campbell, Clerk of Court

s/ M. Montgomery

By: Mary Montgomery, Case Administrator

Resident Counsel Requirement Letter

AT-06 (8/2021)